No. 232. SARTOR ET AL. *v.* ARKANSAS NATURAL GAS CORP. April 24, 1944. The petitions for rehearing are denied. 321 U. S. 620.

No. 310. WELLS FARGO BANK & UNION TRUST Co., EXECUTOR, ET AL. *v.* IMPERIAL IRRIGATION DISTRICT ET AL. April 24, 1944. 321 U. S. 787.

No. 492. EQUITABLE LIFE ASSURANCE SOCIETY *v.* COMMISSIONER OF INTERNAL REVENUE. April 24, 1944. 321 U. S. 560.

No. 617. TERRELL *v.* PESCOR, WARDEN. April 24, 1944. 321 U. S. 794.

No. 624. CAPE ANN GRANITE Co., INC. *v.* UNITED STATES. April 24, 1944. 321 U. S. 790.

No. 657. WESTERN CARTRIDGE Co. *v.* NATIONAL LABOR RELATIONS BOARD. April 24, 1944. 321 U. S. 786.

---

* See Table of Cases Reported in this volume for earlier decisions in these cases, unless otherwise indicated.